IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WARDEN FELKER, D. L. RUNNELS, and M. MCDONALD,<br><br>　　　　Defendants | No. 2:08 CV-01183 ODW Consolidated with and under 2:06 CV 02467<br><br>ORDER |

　　　Plaintiff has filed a request [35] seeking expedited service of the summons and complaint by the U. S. Marshal's Service.  Service has been effected as evidenced by defendants' answer to the complaint on June 29, 2010.  This request is now moot.

DATED: March 23, 2011　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II, DISTRICT JUDGE

1