IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WARDEN FELKER, D. L. RUNNELS,<br><br>　　　　Defendants | No. 2:08 CV-01183 ODW<br>Consolidated with<br>2:06CV 02467<br><br>ORDER |

It has been brought to the court's attention that Plaintiff is resisting appearing for his deposition. Plaintiff is reminded that compliance with discovery is not optional. Failure to submit to a duly noticed deposition without cause will result in dismissal of this case.

DATED: June 14, 2011

_____
OTIS D. WRIGHT, II, DISTRICT JUDGE

1